# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LYNEE BONEY**,<br><br>    Plaintiff,<br><br>    *v.*<br><br>**MYDOC URGENT CARE,**<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 19-2309-KSM** |

## ORDER

**AND NOW** this 31st day of March, 2020, it is **ORDERED** that the defendant's Motion to Dismiss or in the Alternative, for Summary Judgment (Doc. No. 9) is **DENIED**. The defendant may renew its motion after additional discovery.

The defendant shall answer the complaint within 14 days.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.